**Dismissed and Memorandum Opinion filed April 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00925-CV

_____

**EXTERRA ENERGY, INC., Appellant**

**V.**

**SHAREWELL ENERGY SERVICES, LP, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2008-32032**

## MEMORANDUM   OPINION

This is an appeal from a turnover order signed October 11, 2011.  The clerk's record was filed December 22, 2011, and the reporter's record was filed December 27, 2011.  Appellant's brief was due January 26, 2012, but appellant has not filed a brief or a motion for extension of time to file the brief.

On March 8, 2012, this court issued an order stating that unless appellant filed its brief on or before March 26, 2012, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).   Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.